UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ZIP CO US, INC.,

               Plaintiff,          25-cv-6024 (JGK)

    - against -               ORDER

PETER MAHER, ET AL.,

               Defendants.

---

**JOHN G. KOELTL, District Judge:**

    The parties are directed to appear, by telephone, for a Show Cause hearing in connection with the plaintiff's motion for a temporary restraining order on **Friday, July 25, 2025, at 5 p.m.**

    Dial-in: 646-453-4442, with access code 67527833#.

    The plaintiff should serve this Order on all parties immediately.

**SO ORDERED.**

Dated:    New York, New York
          July 24, 2025

                                      John G. Koeltl
                                 United States District Judge